# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 21-CR-1109-H |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL** |
| THANH LAN THI NGUYEN (3), | |
| Defendant. | |

This matter comes before the Court on the Government's Motion to Dismiss the Indictment as to Defendant Thanh Lan Thi Nguyen (3).

IT IS HEREBY ORDERED that the Indictment in the above-captioned case as to Defendant Thanh Lan Thi Nguyen (3) is dismissed without prejudice.

DATED: February 23, 2024

For HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE